# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Addario, Geraldine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Agugliaro, Jacqueline | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Aiello, Dominick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Aviles, Pete | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Barizone, Pasquale | NV | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Battino, Albert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Belmonte, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Berardi, Dominick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Bishop, Ana | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Burns, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Butcher, Dennis | NC | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Butcher, Yvonne | NC | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Byrnes, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Capoziello, Robert | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Cappetta, Dianne | FL | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Caruso, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Chandoha, W. Sam | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Chau, Ada | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Chiappa, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Cipriati, Ralph | PA | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Coleman, Eddie | SC | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Colombo, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Colon, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Condy, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Corrigan, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Cronin, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Cumbo, Jonathan | NC | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Curran, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Curreri, Gerald | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Darrisaw, Edmon | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Darrisaw, Evelyn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | DeFelice, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | DeLuca, Crescenzo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Dentrone, Paul | FL | USA | N/A | N/A | N/A | Personal Injury |
| 35 | DePaola, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | DeRenzo, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | DeVitto, Anthony | PA | USA | N/A | N/A | N/A | Personal Injury |
| 38 | DiBlasi, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Dunigan, Bryan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Edelstein, Elliot | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | Edwards, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Files, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Finnegan, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Fiore, Vincent | FL | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Flagiello, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Gangi, Taylor | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Gangi, Tommi-Ann | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Garvey, Gary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Golden, Harold | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Goldfarb, Eric | FL | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Grafer, Ronald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Guilbert, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Hagood, Adam | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Hagood, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Harris, James | DE | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Hernandez, Anthony | FL | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Hernandez, Wilfredo | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Holder, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Indelicato, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | La Guidice, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Landy, Neil | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | LeVien, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Lo, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Lombardi-Gangi, Michele | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Lopin, Sheryl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Mandzik, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Matcovich, Frank | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 68 | McCarthy, Bridgette | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | McDaniel, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | McLaughlin, Shawn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Mele, Carmine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Mercado, Minerva | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Mollo, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Nadramia, Michael | AZ | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Nalitt, Renee | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Oliva, Claudia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Pappalardi, Raymond | CA | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Pappas, Chris | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Perri, Donna | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Piccolo, Thomas | FL | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Picou, Carol | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Polichetti, Anthony | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Priester, Myron | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Pugni, Louise | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Ramos, Evelyn | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Reed, Vester | NV | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Rizzo, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Rosenberg, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Rudorfer-Stalder, Rhoda | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Spielman, Albert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Suskin, Roy | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Sutton, Romeo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Taglialatela, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Thielke, Raymond | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Thornton, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Torre, Judith | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Valentin, Luis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | White, Rena | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Wilkowski, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Woglom, Mark | NY | USA | N/A | N/A | N/A | Personal Injury |